**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VICTORIA RADAVICIUTE**, individually, | ) | |
| and on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 cv 6420 |
| | ) | |
| **S & K LIM CLEANERS, INC., d/b/a S & K** | ) | Honorable John W. Darrah |
| **CLEANERS,** an Illinois corporation; | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter coming before the Court for status, counsel for the Plaintiff present, due

notice given and the Court fully advised in the premises;

IT IS HEREBY ORDERED:

(a)   Discovery shall proceed on the following schedule:

  (i)   All non-expert fact discovery to be completed by July 30, 2013.

  (ii)   Reports from retained experts under Rule 26(a)(2) due:

    (A)   From both parties by September 30, 2013.

    (B)   Rebuttal Reports from both parties by November 30, 2013.

  (iii)   All retained expert depositions to be completed by January 30, 2014.

(b)   This matter is set for a pretrial conference on January 18, 2014 at 1:30 p.m. in Room 1203.

(c)   This matter is set for trial on June 23, 2014 at 9:00 a.m. in Room 1203.

SO ORDERED ON THIS DAY, January 10, 2013.

ENTER:   _____
                    Hon. John W. Darrah